# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

MICHAEL C. TIERNEY,

    Plaintiff,

v.                                    CASE NO. 1:14-cv-00033-MP-GRJ

SARASOTA COUNTY JAIL, et al.,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 13, 2014. (Doc. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections. Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

The Magistrate Judge recommends that the Court dismiss this case without prejudice pursuant to the doctrine of *Younger v. Harris*, 401 U.S. 37 (1971), and the three-strikes bar of 28 U.S.C. § 1915(g). The three-strikes bar prohibits Plaintiff from proceeding in this matter *in forma pauperis*. Subsequent to the Magistrate Judge's Report and Recommendation, Plaintiff filed a motion for copies of "all of the documents, petitions, letters, [and] exhibits" filed with this Court in this and other cases. (Doc. 10). The motion does not specify why Plaintiff needs such copies. Since Plaintiff is prohibited from proceeding *in forma pauperis*, and in the absence of a showing of the need for such copies, the Court must deny Plaintiff's motion. *See Douglas v.*

*Green*, 327 F.2d 661, 662 (6th Cir. 1964).  However, Plaintiff may obtain such copies at his own expense through the Clerk of the Court.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 5) is adopted and incorporated by reference in this order.

2. Plaintiff's Complaint (Doc. 1) and this action are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g) and the doctrine of *Younger v. Harris*, 401 U.S. 37 (1971).

3. Plaintiff's motion for leave to proceed *in forma pauperis* and motion for the appointment of counsel (Docs. 2, 3, 7) are DENIED as moot.

4. Plaintiff's motion for copies (Doc. 10) is DENIED.  Plaintiff may obtain copies of his filings with this Court at his own expense.

5. The Clerk is directed to close this case.

**DONE AND ORDERED** this   25th day of April, 2014

      *s/Maurice M. Paul*
      Maurice M. Paul, Senior District Judge